### AFFIDAVIT OF SPECIAL AGENT ERIC POALINO IN SUPPORT OF APPLICATIONS FOR CRIMINAL COMPLAINT

I, Special Agent Eric D. Poalino, having been sworn, state:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since June 2021.  I am currently assigned to the Boston Field Office, North Shore Gang Task Force ("FBI Task Force").  The primary mission of the FBI Task Force is to identify, investigate, disrupt, and dismantle violent criminal organizations operating in cities north of Boston.  My responsibilities include the investigation of possible violations of federal law, including illegal possession/transfer of firearms, firearms trafficking, narcotics trafficking, and violent crimes involving firearms and narcotics trafficking.  I have received training and experience in various aspects of criminal law and procedure, including electronic and physical surveillance, interrogations, stops, searches, seizures, and arrests for a variety of criminal offenses.  Through my training, knowledge, and experience, I have become familiar with the habits, methods, routines, practices and procedures commonly employed by persons engaged in the use and trafficking of illegal firearms and narcotics, including persons involved in criminal organizations.  My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.

2.      I have written and/or participated in the execution of numerous search warrants resulting in the seizure of controlled substances and paraphernalia involved in the manufacture and distribution of controlled substances; United States currency, records of narcotics and monetary transactions, drug customer lists and other documents relating to the manufacturing, transportation, ordering, purchasing and distribution of controlled substances, as well as the collection, expenditure, accounting, transportation, and laundering of drug proceeds. I have participated in

the debriefing of numerous defendants, informants and witnesses who had personal knowledge regarding large-scale narcotics trafficking organizations. I have participated in all aspects of drug investigations including conducting surveillance, executing searches pursuant to court-ordered search warrants, executing arrests, and participating in court-authorized Title III wiretaps of cellular phones. I have received extensive specialized training in the field of controlled substance identification, investigation and enforcement. Based on my training and experience, I am familiar with narcotics traffickers' methods of operation, including methods used by them to distribute, store and transport narcotics and to collect, expend, account for, transport, and launder drug proceeds.

3.      I make this affidavit in support of an application for criminal complaint and arrest warrant charging Derick **COULANGES** a/k/a "Casa", a/k/a "Jonesy", with the following:

    a.  Distribution of a Controlled Substance, to wit: fentanyl, in violation of 21 U.S.C. § 841(a)(1); and

    b.  Use of and trafficking in an unauthorized access device with intent to defraud to obtain property valued over $1,000, in violation of 18 U.S.C. § 1029(a)(2).

4.      Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation nor every investigative technique utilized. All dates, time and amounts are approximate.

## PROBABLE CAUSE

## I.      BACKGROUND OF DERICK COULANGES

5.      I am familiar with Derick COULANGES, a/k/a "Casa," who has a date of birth xx/xx/1985, and social security number xxx-xx-9823. At present, COULANGES has zero prior adult felony convictions. According to information developed over the course of this investigation,

COULANGES is known to traffic in controlled substances and believed to have access to manufacturers of fraudulent identifications and passports that are used to defraud financial institutions and other entities

## II.    FENTANYL DISTRIBUTION

6.    In connection with this investigation, investigators are aware that COULANGES used cell phone number (xxx-xxx-9691) to facilitate the TARGET OFFENSES (the "9691 PHONE NUMBER"). COULANGES used the 9691 PHONE NUMBER to facilitate drug transactions with an individual I will refer to as CW-27.[1]  A search on March 30, 2023, of an apartment fraudulently obtained by COULANGES in the name of a victim of identity theft resulted in the seizure of an iPhone associated with the 9691 PHONE NUMBER. Furthermore, COULANGES identified 9691 PHONE NUMBER as one of the numbers used by him.

### A.    Recorded Call on January 20, 2023

7.    During a recorded call between a cooperating witness (hereinafter referred to as CW-27) and COULANGES (utilizing the 9691 PHONE NUMBER) on January 20, 2023, COULANGES arranged a meeting with CW-27 to give CW-27 a sample of fentanyl. During the recorded call, COULANGES gave CW-27 directions to the meeting location. Investigators have reviewed the recording generated by CW-27 and the following is an accurate draft transcript of the pertinent segment of the recording:

**CW-27:**          Yo when you want to link up today?

---

[1] CW-27 is an individual whose information is known to me. CW-27 has no prior criminal convictions. CW-27 currently is charged with state firearm and stolen motor vehicle offenses and has agreed to cooperate with the FBI in hopes for leniency at sentencing in relation to this state prosecution. No promises have been made concerning his open case, though investigators did seek to his conditions of release modified to permit cooperation. I have corroborated information provided by CW-27 through review of records, review of recordings generating by CW-27, physical and digital surveillance, review of phone data, and from information derived from other human sources. I believe the information provided by CW-27 to be trustworthy and reliable.

| | |
|---|---|
| **COULANGES:** | Where? |
| **CW-27:** | Yea because I have to make shorty bring me [UI]. |
| **COULANGES:** | You know what?  You know where EconoLodge is in Malden? |
| **CW-27:** | Um, what's it called? |
| **COULANGES:** | EconoLodge. |
| **CW-27:** | EconoLodge. |
| **COULANGES:** | You know EconoLodge in Malden brody. |
| **CW-27:** | Oh yea yea yea. |
| **COULANGES:** | You know where that's at. |
| **CW-27:** | Mhm. |
| **COULANGES:** | Right down the street from the old movie theater.  It's kinda like on the Revere-Malden line. |
| **CW-27:** | Oh yea yea I know what you are talking about. |

**B.     Meeting on January 20, 2023**

8.      Later that same day, CW-27 met with COULANGES to receive the free sample. This meeting was audio-video recorded and subject to physical and electronic surveillance by investigators. During the meeting, COULANGES showed CW-27 a fraudulent identification card and informed CW-27 that COULANGES can provide CW-27 with a fraudulent identification. During the meeting, COULANGES provided CW-27 with a free sample of fentanyl.

9.      Investigators have reviewed the recording generated during this meeting. The following is an accurate draft transcript of the pertinent segment of the recording:

| | |
|---|---|
| **CW-27:** | (laughs) What's this? The trap y'all?  I walked in there and it smelled like straight work in there yo.  Cuz I was like "What the fuck?" cuz. |
| **COULANGES:** | That's been the trap forever brody. |
| **CW-27:** | Yo that's what's up...[UI]. |
| **COULANGES:** | That's been the trap *forever* man. |

[Audible rustling of a plastic bag.]

4

| | |
|---|---|
| **COULANGES:** | You know anybody that fuck with that Tina? |
| **CW-27:** | Shit nigga... I'ma finna [ph.] just give this shit to my mans though no cap.  I'm gonna throw this shit to him and shit.  See if he's fuckin' with it, see if the niggas is fucking with it...[UI]... then I'll come back.  Tina nigga [UI]... that's the thing.  You feel me?  So its like who knows?  I just get that shit off the back end my nigga. |
| **COULANGES:** | What the Tina? |
| **CW-27:** | Yea- nah nah like the... I throw shit to him, he's basically my runner no bullshit.  The dude does his own thing. |
| **COULANGES:** | Mhm. |
| **CW-27:** | He don't know you feel me?  Like the real real game of it.  I just throw shit at him nigga and be out the way. |
| **COULANGES:** | What's up with the um the hard body?  You fucking with the hard body too? |
| **CW-27:** | Yea nigga. |

[Audible rustling of a plastic bag.]

| | |
|---|---|
| **CW-27:** | Nigga what's this shit?  It's the AMG right? |
| **COULANGES:** | Bro you crazy.  You know I be into all types of cars...[UI]. |
| **CW-27:** | Bro I gotta get my thing back yo.  My "L" them niggas suspended that shit. |
| **COULANGES:** | Like I said nigga, if you want to see what you can do... [UI]... I could show you. |
| **CW-27:** | Damnnnnn. |
| **COULANGES:** | I know how to make them IDs too.  I put my face on there "Jordan Cooper", "Eric Brown". |
| **CW-27:** | Nigga got three IDs yo. |
| **COULANGES:** | Mhm yea there like- [OV] |
| **CW-27:** | All different names? |
| **COULANGES:** | Nah same person.  He just gave it to me like that no what I'm sayin'?  Social... as you can see I can open up bank accounts for homies. |
| **CW-27:** | Damn yo. |
| **COULANGES:** | You know what I'm sayin'?  Open up all these bank accounts all in his name.  You know what I'm sayin'?  All in his name "Jordan Cooper."  Ya dig?  Fucked it up a little |

| | |
|---|---|
| | bit because you know I scam, you know I don't, it's not my profession for real but you know we always got [OV] nah mean? |
| **CW-27:** | Yea. |
| **COULANGES:** | I've been putting some shit together on my own cause I went up to um Toronto real quick to fuck with the little fellas and all that.  And they are up there fucking shit *up*. |
| **CW-27:** | For real? |
| **COULANGES:** | Hell yea they are rich up there brody. |
| **CW-27:** | Toronto. |
| **COULANGES:** | Yea Toronto nigga.  Niggas is rich up there brody. [OV]. |
| **CW-27:** | That's fire.  Can they get me fake IDs and shit?  That's what I need no bullshit. |
| **COULANGES:** | All that, all that.  You see that ID I got made right there?  If you need one let me know.  I got 'em.  I got IDs nigga, I got "pros" for you if you niggas need "pros" and IDs- [OV] whatever they need [UI}. |
| **CW-27:** | Yea nigga I took the Uber here because the bitch was wildin'. |
| **COULANGES:** | She was acting crazy? |
| **CW-27:** | I'm about to take my back nigga.  They took my "L" bro so driving is like... That shits... Sometimes I want to do that shit. |
| **COULANGES:** | So, you going back to Lynn right? |
| **CW-27:** | Yea |
| **COULANGES:** | I'll drive you a little closer. |
| **CW-27:** | I definitely need some IDs no cap.  So, you just walk into a bank nigga and get an ID an open that shit right up? [Pause, then audible "tsssh" from the CW.]  I need that shit man. |
| **COULANGES:** | Whoever need an ID let me know bro anytime [UI] passports they need that too. |
| **CW-27:** | You got passports cuz? Ah shit. |
| **COULANGES:** | Not some card the actual passport. [UI]. |
| **COULANGES:** | What's the hard body like? |
| **CW-27:** | Hm? |

| | |
|---|---|
| **COULANGES:** | What's the soft and all that like? |
| **CW-27:** | The shit I be gettin'? It's alright.  It's really like, that's why I keep going to the end so much to go up there and pick up there.  You can drop me off here cause I got to eat.  That's why I be out there so much and shit.  Its bricks out there cuz, I hate this cold cuz.  I'm finna shoot back out there soon. |
| **COULANGES:** | Where? Miami? |
| **CW-27:** | Yea. |

10.     CW-27 provided the sample of fentanyl to investigators. The item weighed approximately 1.3 grams. A field test of the suspected narcotics was inconclusive and the DEA laboratory declined to conduct formal testing in order to reduce their back log.

11.     During the conversation, COULANGES describes being able to make false identifications and offers to do the same for CW-27 ("I know how to make them IDs too.  I put my face on there, 'Jordan Cooper', 'Eric Brown'."). COULANGES described having his own photograph on the fake identifications ("I put my face on there"), but that they have the real names and social security numbers so that COULANGES can open up bank accounts in names of the various persons he is impersonating ("Social... as you can see I can open up bank accounts for homies"; "You know what I'm sayin'?  Open up all these bank accounts all in his name.  You know what I'm sayin'?  All in his name "Jordan Cooper."  Ya dig?"). Additionally, COULANGES showed CW-27 a number of other false identifications prompting CW-27 to remark that COULANGES had "three IDs".

### C.     Recorded Call on February 2, 2023

12.     On February 2, 2023, CW-27 made a recorded call to COULANGES to discuss the sale of fentanyl and fraudulent identification cards. During the recording, CW-27 asked COULANGES the price for 50 grams of fentanyl. COULANGES replied that he can sell CW-27 fentanyl for $40 USD per gram. CW-27 agreed and also arranged for the purchase of a fraudulent

identification from COULANGES as well.  Investigators have reviewed the recording of this call.

The following is an accurate draft transcript of the pertinent segment of the recording:

| | |
|---|---|
| **CW-27:** | [OV] Yo bro I was going to ask you bro, I'm finna [ph.] get the ID next week, like around Wednesday and shit. |
| **COULANGES:** | Ok. |
| **CW-27:** | And then ah, you ain't got no blues or nothin' [ph.]? |
| **COULANGES:** | Uh-uh [ph.]. |
| **CW-27:** | No? |
| **COULANGES:** | Mm-Mm [ph.]. |
| **CW-27:** | Damn yo. |
| **COULANGES:** | Mm-Mm [ph.]. |
| **CW-27:** | I was gonna [ph.] bet [UI]... how much for 50 grams of the "F"? |
| **COULANGES:** | Huh? |
| **CW-27:** | How much for 50 grams of the "F" then? |
| **COULANGES:** | Um...it ah depends.  I can give it to you for [UI] you know?  Basically, I could do it for four [OV].  40, 4 griz [ph.], 40 a gram yo. |
| **CW-27:** | 40 a gram? |
| **COULANGES:** | Yea gang gang. |
| **CW-27:** | Alright... Alright bet yea so I'm finna [ph.] grab that um, probably on Tuesday or something when I get back and shit. |

**D.  Controlled Purchase of Fentanyl on February 22, 2023**

13.    On February 22, 2023, CW-27 met with COULANGES to purchase 50 grams of

fentanyl and a fraudulent driver's license. This meeting was audio-video recorded and subject to

physical and electronic surveillance by investigators. Prior to the purchase, investigators searched

CW-27 for contraband and money and then provided him with $2,400 to purchase the 50 grams of

fentanyl and make payment for the fraudulent identification.  This meeting took place in a black

2016 Mercedes C300 bearing Massachusetts license plate 4GAX34 (the "2016 MERCEDES-BENZ").

14.     During the meeting, CW-27 provided COULANGES a self-photo to use for the fraudulent driver's license. COULANGES stated that he would begin to work on it, and it should not take too much time. According to CW-27, CW-27 then gave COULANGES $2,000 USD for 50 grams of fentanyl and prepaid $400 USD for the fraudulent driver's license. During the meeting COULANGES discussed in detail how to scam financial institutions using the fraudulent documents.  Investigators have reviewed the recording of the transaction and it corroborates CW-27's account of purchasing the 50 grams of fentanyl for $2,000.

15.     Investigators have reviewed the record generated during this transaction. The following is an accurate draft transcript of the pertinent segment of the recording:

> **CW-27:**          But what were you saying about the card shit though?  You need one or two?

[CW-27 can be seen handing a picture over from a paper photo booklet.]

> **COULANGES:**     Nah, one's fine [UI]. Give it to me in the book.  Yeah.

[COULANGES hands back the picture and CW-27 hands over the photo booklet.]

[Audible rustling]

….

> **CW-27:**           That's two four.
>
> **COULANGES:**     Hm?
>
> **CHS:**              Two four.  The four for the ID and the two for this shit.
>
> **COULANGES:**      That's kinda ill you did that.  You kinda didn't really need to do the shit with the ID now but that's whatever.  That will just make them work faster.

**CW-27:**            Yeah, that's what I mean, just get that shit over with.  How long do you think that shit will take?

**COULANGES:**   It's quicker the minute I can drop it off to him [OV] they can probably get it done.

**CW-27:**            Try to get nigga like, a Spanish name-

**COULANGES:**   Nah nah.

**CW-27:**            I don't want to be walking around out here like fucking... nah mean?

**COULANGES:**   I mean I'm going to get you someone exactly like you know, Hispanic last name and shit so you can look the part.

**CW-27:**            And that shit you was talking about?  The credit union and shit? So what, we could do it with that ID?

**COULANGES:**   Yeah, with that ID you can take it and go open- What you need to do is when you get the ID, you go open up bank accounts.

**CW-27:**            Go open up bank accounts.

**COULANGES:**   Period. [OT] Even in one day, even in one day bro, even in one fucking day bro, I'm dead serious, even in one day. Just go and open up everything, like know what I'm saying?  Go open up you know, TD then after that go to Bank of America and then after that-

**CW-27:**            That shit won't get flagged?

**COULANGES:**   Yeah, it will get flagged after a while, but it won't get flagged just because you are opening up bank accounts.  Because the trick is what I'm telling you.  You need to open up the bank accounts because once you open them, once and a while they are going to come to you and be like "oh you want to see if you are pre-approved for a credit card?"  And you are going to say, "yeah let me see."  The person got good credit, they going to run it and be like "oh you are pre-approved" and that's how you can be like, oh you can get a credit card right now you are approved for fifteen grand.  They will either print it out right then and there, or they will mail it out if you have an address.  So what I need you to do to is get a utility

|  | bill.  Cause when I get you the ID, you are going to have to have a utility bill because, when they give the license, the license is going to have a different ID address on it.  They want proof that you live where you say you live.  So you got to walk around with that utility bill.  See what I'm saying? |
|---|---|
| **CW-27:** | So I got to get, you said a utility bill in the city? Or? |
| **COULANGES:** | Yeah, yeah in the city. [OT] An address that you need though, that you know.  Like some hood geeka [ph.] |
| **CW-27:** | Yea. |
| **COULANGES:** | You know what I'm saying?  Somewhere that you can get mail.  That you know for sure that you can get mail or shit like that. |
| **CW-27:** | Nah that's light. So after that nigga, as I'm doing, grab all this shit, and that's it?  And you are pre-approved for a credit card?  Niggas be good after that? That's easier than it sounds nigga. |
| **COULANGES:** | Yeah nah, it's not easy because some people don't got it in them to walk into a place [OT] gotta show an ID yea you know what I mean?  ID is not in your name, people get scared.  It ain't easy, that's work. |
| **CW-27:** | That's risk.  Yeah, risk it for the bread [OT]. |
| **COULANGES:** | The way I look at it is, you don't get arrested for that.  You gotta rob that bank for 500 grand then they are going to call the boys and be like we got to come get this person who got the 500 grand but just because you are opening up bank accounts they don't know.  The person that works there they look at the ID, they look at the thing, they set up a plan.  You hand them money.  They are not going to get mad, you're handing them money for a bank account ya dig? |
| **CW-27:** | Yea well we'll get that thing into motion right when we get the ID.  No cap.  We'll try to run this shit the fuck up bro. |

16.     As the recording makes clear, COULANGES advises CW-27 to open multiple bank

accounts with the fraudulent identification.  COULANGES advises CW-27 that when he opens

the bank accounts the bank may seek to have CW-27 open a credit card as well. COULANGES advises that he needs to get a utility bill in the name of the false identification with an address on it so that when CW-27 utilizes an address that differs from the address stated on the identification, the bank will honor the new address.  COULANGES advises CW-27 to use an address that CW-27 controls so that CW-27 can collect mail for the accounts.  COULANGES then boasts about his skill in walking into a place and impersonating someone else – as COULANGES puts it "some people don't got it in them to walk into a place" and complete the scam.  COULANGES states that the risk for this type of fraudulent is relatively low, because they are opening an account and giving money to the bank, as opposed to stealing from the bank during the time in the branch.

17.    A still image from the video recording of the controlled purchase depicting COULANGES follows:



18.    Following the transaction, CW-27 met with investigators and provided them the suspected fentanyl. The substance weighed 51 grams with original packaging and field-tested positive for fentanyl.  The substance was later tested by the DEA Laboratory identifying the substance as fentanyl with a weight of 48.9 grams.

### III.    FRAUDULENT APPLICATION FOR RE150 APARTMENTS IN THE NAME OF VICTIM 1

19.    Investigators are familiar with records related to a rental application for an apartment at the RE150 apartment complex located at 150 Rivers Edge Drive, Medford, Massachusetts, 02155. In particular, investigators have reviewed records for an online rental application submitted on or about June 29, 2022, for Apartment 131.

20.    The rental application was submitted online on or about June 29, 2022, by an individual purporting to be an individual who will be referred to as VICTIM 1 with a social security number ending in 0546, who listed "54 Medford Street Apt 2 Arlington, MA 02474" as his current address. The associated email for the application was jimmyjones20221@icloud.com, and a phone number ending 7466. The applicant applied for the apartment online and employed the Internet Protocol address of 174.196.203.169.   The application listed the employment to be "Road manager" at "Alc" located at P.O. Box 1931, Boston, Massachusetts 02121, and that they earned $4,400 in "Monthly Income", "$250" in "Additional Income Source", and "$1,500" in Additional Annual Income. The phone number for "Alc" was listed as the 9691 PHONE NUMBER, which, as noted above, was used by COULANGES to communicate with CW-27 for the sale of fentanyl and fraudulent identifications.   Investigators believe that COULANGES, posing as VICTIM 1, digitally signed the rental application document on June 29, 2022.

21.    The lease for Apartment 131 was then electronically signed online on July 7, 2022. Investigators believe that COULANGES, posing as VICTIM 1, signed the lease documents. The monthly rent was $2,855 per month.

22.    Investigators have reviewed the information submitted in support of the rental application and believe this to be a fraudulently obtained rental apartment and that COULANGES

knowingly falsified documents and utilized the identity of VICTIM 1 in order to apply for and rent this apartment for his own benefit.

23.     The phone number listed for VICTIM 1 ending in 7466, is a number known to be utilized by COULANGES.   In fact, during a later search of Apartment 131, COULANGES identified the phone number ending in 7466 as his own.   Additionally, the application reported "jimmyjones20221@icloud.com" as VICTIM 1's email address.   Furthermore, the 9691 PHONE NUMBER has a listed subscriber of "Jim Jones".   Investigators know that COULANGES is also known to a number of his drug customers as "Jonesy".

24.     Other information listed for VICTIM 1's employment information was also false. Investigators      queried      the      Massachusetts      Secretary      of      State      website http://corp.sec.state.ma.us/corpweb/, to conduct a search of registered businesses in the state of Massachusetts.  A search for "Alc" through the Massachusetts Corporations Division page of this site resulted in no match for a company with that name and an address of "P.O. Box 1931," Boston, Massachusetts 02121.   On March 22, 2023, investigators contacted the station manager for the Grove Hall United State Post Office located in the same zip code as "Alc's" alleged Post Office Box.  The station manager reported that their office did not have a box numbered 1931.

25.     On March 20, 2023, investigators interviewed the community managers for RE150. According to the community managers, approximately 45-60 days prior to the interview, a man and woman living in Apartment 131 complained to the managers about packages they ordered being returned to their respective senders.  The apartment staff informed the couple that they were not lessees at the residence and were not entitled to any services provided by RE150.   The managers were shown an RMV photo of COULANGES.   The managers were not sure whether that the pictured individual was the man who complained about the packages, but believed that the

RMV photo could be of the same man from Apartment 131.  Both managers described the man from Apartment 131 as a tall, black male with a slim build.  Investigators familiar with COULANGES believe that this description matches COULANGES.  Shortly after the couple complained to the staff, the managers received a call from an individual purporting to be the VICTIM 1 in an attempt to address the package situation.  The individual purporting to be VICTIM 1 told the manager that he rented the apartment on behalf of his "son" and did so to "help him."  The manager informed the person purporting to be VICTIM 1 that the apartment had been rented under false pretenses and that they would not be allowed renew their lease.

26.     On March 23, 2023, investigators observed a black 2016 Mercedes C300 bearing Massachusetts license plate 4GAX34 registered an individual who will be referred to as VICTIM 2 parked in the public parking area of RE150.  This vehicle was the same car used by COULANGES when he sold CW-27 the 50 grams of fentanyl on February 22, 2023.  Two parking spaces away from the Mercedes, was a 2020 Range Rover Velar bearing Massachusetts license plate 338G40 (later confirmed to be registered to a female associate of COULANGES).

27.     A picture of a photo ID was a requirement for the apartment application.  The following image of a Massachusetts Driver's License in the name of and with the SSN of VICTIM 1 was submitted to fulfil the requirement:



28.     In the photo, the thumb of an unidentified individual can be seen holding open the wallet containing the ID.  The thumb appears to belong to an African American person, which VICTIM 1 is not.  Investigators believe that the thumb in the picture in fact belongs to COULANGES, because investigators believe that COULANGES submitted the application. Furthermore, the license for VICTIM 1 was later recovered inside of Apartment 131 during the execution of the search warrant. During the execution of the search warrant, COULANGES was also located inside Apartment 131.

29.     Additionally, one can see VICTIM 1's signature (pictured below) on his Massachusetts driver's license.



30.     For comparison purposes, samples of the various signatures from the RE150 apartment application can be seen here and they do not match:

**Resident or Residents** *(all sign below)*

Address and phone number of owner's representative for notice purposes:

150 Rivers Edge

Medford, MA 02155
(781)393-8300

**Signature**

IP

Richard Murphy                    Jun 29 2022 2:24PM    174.196.203.169

**ELECTRONIC CHECK POLICY:** Gables Residential reserves the right to utilize Accounts Receivable Entry (ARC) to process personal checks through the ACH (Automated Clearing House) system and is compliant with NACHA (The Electronic Payments Association) rules.  These rules require that Gables Residential provide residents and prospects the following notification: When you provide a check as payment, you authorize Gables Residential to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.  Gables Residential will use information from your check to make an electronic fund transfer and funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

06/29/2022

Applicant Signature           Date                    Applicant Signature           Date

Applicant Signature           Date                    Applicant Signature           Date



| Document Information | | | | |
|---|---|---|---|---|
| Document Reference Number: 3849536 | | | | |
| Document Pages: 2 | | Signatures: 1 | Status: Completed | |
| | | Initials: 0 | | |
| **Signature Summary** | **Signature** | **Initials** | **Timestamp** | **Signing Status** |
| Richard Murphy | | | 06/29/2022 12:27:16 PM EST | Completed |
| Document Started: | 06/29/2022 12:25:50 PM EST | | | |
| Email Address: | jimmyjones20221@icloud.com | | | |
| **Signature Details** | **Page  Signature/Initials** | **Signing Status** | **Tracking Details** | |
| Richard Murphy | 2 | Completed | IP Address: 174.196.203.169 | |
| | | | Timestamp: 06/29/2022 12:27:20 PM EST | |
| | | | User Agent: Safari on iPhone | |

In my training and experience documents that are signed digitally have dissimilarities with handwritten signatures.  However, the fact that all of the digital signatures are different and inherently dissimilar from VICTIM 1's RMV signature supports my belief that they are forgeries.

31.     Thus, the photo of VICTIM 1's ID, and the fact an individual purporting to be VICTIM 1 submitted telephone numbers and an email address known to belong to COULANGES, indicates that COULANGES most likely made the application using VICTIM 1's identity.  The leasing agreement and its approximately 20 addendums all required signatures and a list of all lessees.  On all the documents submitted in support of the rental application, VICTIM 1 is the sole person listed or who signed.  The only document bearing both COULANGES and VICTIM 1's name is for an insurance policy from American Bankers Insurance Company of Florida.

32.     Based upon a later interview, investigators learned that VICTIM 1's identity was stolen before it was utilized by COULANGES to rent the apartment. VICTIM 1 resides in a rent-controlled housing complex in Arlington, MA that is intended for residences 60+ and/or people with disabilities.  VICTIM 1's history with the Arlington Police Department also indicates that he suffers from substance abuse disorder for opiates.

33.     Investigators interviewed VICTIM 1 on multiple occasions in April 2023. During the interviews with VICTIM 1, investigators did not believe VICTIM 1 was under the influence of controlled substances. VICTIM 1 spoke clearly and coherently and was able to provide specific information in response to questions posed by investigators.  VICTIM 1 provided the following information:

   a.  VICTIM 1 stated that the individual referred to as VICTIM 2 introduced VICTIM 1 to COULANGES. VICTIM 1 knew COULANGES by the name "Casa" or "Jonesy."  VICTIM 1 later learned COULANGES' true name.

   b.  VICTIM 1 was unaware that COULANGES had rented an apartment in VICTIM 1's name or that VICTIM 1's social security number, date of birth or driver's license had been utilized as part of the application process. VICTIM 1 confirmed that the contact information and employment information submitted on the rental application were false. VICTIM 1 stated that he never let COULANGES rent any apartment under VICTIM 1's name or information. VICTIM 1 stated that COULANGES likely defrauded VICTIM 1 for approximately $20,000. Therefore, investigators believe that the lease and right to occupy and use the Apartment 151 were obtained under false pretenses.

   c.  VICTIM 1 described COULANGES instructing VICTIM 1 on how to open a business and lie on the business application.

   d.  VICTIM 1 stated that COULANGES provided a false payroll check for the business. VICTIM 1 also described having opened a bank account in his name for COULANGES on one occasion. VICTIM 1 stated that the account was flagged as fraudulent due to a fraudulent check having been issued in the amount of $20,000.

   e.  VICTIM 1 described COULANGES obtaining a license for his friend VICTIM 2 in a false name, and that VICTIM 2 opened a bank account in this false name.

**IV.     SEARCH AT RE150 APARTMENTS**

34.     On March 30, 2023, the FBI executed a search warrant at 150 Rivers Edge Drive, Apartment 131, Medford, Massachusetts, 02155.  During the search, investigators located COULANGES, a female associate of COULANGES, another individual, and three minor children.

35.     After investigators announced their presence, COULANGES exited the apartment and agents noticed that his hands were wet.  Once investigators entered the apartment, they observed that the floor of the bathroom was wet and there was an empty small black bag next to the toilet.  The bag was large enough to hold shoes and investigators believe that this bag was the same vessel that COULANGES retrieved approximately half a "brick" of fentanyl from when showing the drugs to CW-27 on January 20, 2023.  During a recorded conversation between CW-27 and COULANGES on February 22, 2023, COULANGES made the following remarks:

**COULANGES:**     Nah nah I don't even move.  I'm aggressive you see?  I'm old school.  Nigga, I get pulled over, guess what?  That shit's gone.  I make that shit disappear.

[Laughter]

**CW-27:**     Nah I feel it.

**COULANGES:**     Straight like that homie I make things disappear ya dig?

36.     During the safety sweep of the apartment investigators entered the unit's single bedroom.  Inside the residence were the three aforementioned juvenile children and a male.  The occupants were temporarily removed from the room in order to conduct the searchInvestigators discovered a Ziploc bag containing a white, crystal-like substance that appeared to be consistent with controlled substances upon observation.  Given the presence of minor children, the material was field tested with a Thermo Scientific TruNarc Drug Analyzer and was positive for methamphetamine.  The bag and its contents weighed 34.7 grams.  Since the drugs were found unsecured in the same room the children were observed in, the Department of Children and Families was contacted.  A small digital scale with a number of Ziploc bags were also found in the residence. A total of $2,097 USD was found on COULANGES's person and seized. Still images of the white crystal-like substance believed to be methamphetamine follow:



37.     The suspected crystal methamphetamine seized from COULANGES' residence was tested by the DEA Laboratory which reported it to be 32.6 grams of methamphetamine hydrochloride with 100% purity.

38.     In the hallway between the bathroom and the bedroom a wallet was found in a hamper.  The wallet contained a driver's license for VICTIM 1.  These were the same credentials used to rent the apartment – a photograph of which was sent as part of the rental application.

39.     As noted above, VICTIM 1 was interviewed by investigators.  VICTIM 1 stated he was unaware of the apartment having been rented in his name. VICTIM 1 stated had never been to the Medford apartment.  An unopened letter with "UTILITY BILL ENCLOSED" written on the front was also found in the apartment.  The letter was addressed to VICTIM 1 at 150 Rivers Edge Drive, Apt 131, Medford, MA.



40.     Two cell phones were found in the living room and seized.   COULANGES

identified them as his phones with the following numbers: the 9691 PHONE NUMBER and a

second phone number ending in 7466.   These are the same phone numbers utilized in the fraudulent

rental application, and to arrange the drug transactions with CW-27. COULANGES was not

arrested at this time.

## V.     SEARCH OF MERCEDES-BENZ C300 BEARING MA REGISTRATION 4GAX34

41.     Based on prior surveillance, investigators were aware that a black 2016 Mercedes

Benz C-Class bearing  MA  registration  4GAX34,  bearing  vehicle  identification  number

55SWF4KB4GU124152  and  registered  to  VICTIM 2  (the  "2016  MERCEDES-BENZ"),  was

frequently parked in the public parking lot at RE150 apartments.   It was in this vehicle that

COULANGES  sold  CW-27  approximately  50  grams  of  fentanyl  in  exchange  for  $2,000  on

February 22, 2023.   Additionally, COULANGES also accepted $400 and a self-photo in order to

make CW-27 a fake ID in the 2016 MERCEDES-BENZ.   Investigators also knew VICTIM 2 was

an associate of VICTIM 1 and was known to suffer from substance abuse disorder.

42.     Based on the aforementioned facts, investigators believed that the 2016 MERCEDES-BENZ was obtained through the same identity theft and fraudulent information scheme.  Furthermore, there was probable cause to search it as it was itself obtained through a fraudulent loan application and also because it would contain evidence of the drug crimes and identity theft crimes that were conducted within it.  During the course of the search, investigators found evidence of identity theft and fraud which are discussed more specifically below.

43.     Investigators reviewed records for the 2016 MERCEDES-BENZ including the title and loan application for the vehicle.  According to those records, the Mercedes-Benz was purchased by VICTIM 2 from Mercedes-Benz of Burlington on or about June 3, 2022. This vehicle was purchased for $32,484.94, of which $5,000 was paid in cash, and $27,484.94 was financed through a loan provided by Ally Bank to VICTIM 2.  Investigators know VICTIM 2 to be an individual suffering from substance disorder at the time of this purchase and loan application for the amount that was financed by VICTIM 2.

44.     Investigators obtained records from Ally Bank for the loan to purchase the 2016 MERCEDES-BENZ.  According to the loan application, VICTIM 2 applied for the loan on or about June 8, 2022, through an online loan application at the Mercedes-Benz dealership. This loan application contained information received from the applicant by the dealership, and the application then was transmitted to Ally Bank through the "OSCAR" loan application system that utilizes the internet to transmit the information.

45.     According to loan application, VICTIM 2 claimed to earn $12,512 per month at "OL Saugus Center" as a "Manager" for 3 years and had an additional $1,000 per month in other monthly income, for a total monthly income of $13,512. The retail installment sales contract was signed by VICTIM 2 on June 8, 2022, and transmitted to Ally Bank. Following an interview with

VICTIM 2, investigators know the information set forth on the loan application was false and that COULANGES was present with VICTIM 2 for this purchase and assisted VICTIM 2 in the completion of the fraudulent loan application.  Other records from Ally Bank showed that the account for the loan for the 2016 MERCEDES-BENZ was associated with:

   a.  the email address "jimmyjones20221@icloud.com" which investigators know is an email COULANGES utilized for the fraudulently obtained apartment; and

   b.  the 9691 PHONE NUMBER that investigators know to be utilized by COULANGES.

46.     Records received from Ally Bank also showed that an account named "casa papa" ending in 8651 and an account named "derick coulanges" were set as automated payment sources for the loan for the 2016 MERCEDES-BANK through February 8, 2023.

47.     On April 28, 2023, investigators interviewed VICTIM 2. During the interview with VICTIM 2, investigators did not observe VICTIM 2 to be under the influence of controlled substances. VICTIM 2 spoke clearly and coherently with investigators and provided specific information to questions posed by investigators.  According to VICTIM 2, VICTIM 1 and VICTIM 2 are drug users. VICTIM 2 met COULANGES approximately one prior to the interview, and would buy drugs from COULAGES, including specifically crack cocaine and fentanyl. VICTIM 2 introduced VICTIM 1 to COULANGES and that VICTIM 1 would do whatever COULANGES wanted in exchange for drugs.

   a.  VICTIM 2 described one incident with COULANGES taking place in December 2021, in which COULANGES purchased VICTIM 2 a flight to Los Angeles and instructed VICTIM 2 to meet COULANGES's associates in that city at a hotel. VICTIM 2 believed she was being lured into working as a prostitute or escort. VICTIM 2 stated that this did not take place, and the only thing VICTIM 2 did for COULANGES' associates in Los Angeles was purchase them a cellular phone.  VICTIM 2 returned home and ignored COULANGES for a number of months.

b. After a while, VICTIM 2 stated that she started buying drugs from COULANGES again. Prior to leaving for drug rehabilitation, COULANGES contacted VICTIM 2 and asked to buy a car in her name that he would in fact be the true owner of.  This vehicle ended up being the 2016 MERCEDES-BENZ.

c. VICTIM 2 described the purchase of the 2016 MERCEDES-BENZ.  At first, COULANGES attempted to purchase an expensive Mercedes but VICTIM 2 was declined. While speaking with the salesperson, COULANGES hit VICTIM 2 in the arm because VICTIM 2 was not saying the right things during the process. Eventually, VICTIM 2 was approved for a loan and purchased a vehicle that turned out to be the 2016 MERCEDES-BENZ. VICTIM 2 drove the 2016 MERCEDES-BENZ off the lot and then handed the vehicle over to COULANGES. COULANGES then provided VICTIM 2 with a rental vehicle, that was later towed.  According to VICTIM 2, she and VICTIM 1 were compensated by COULANGES for approximately an "eight-ball" (approximately 3.5 grams) of drugs every few days for a few months, in exchange for the 2016 MERCEDES-BENZ.

d. VICTIM 2 has been trying to sell the 2016 MERCEDES-BENZ for a long time. Since October 2022, VICTIM 2 has asked COULANGES numerous times to get it out of her name because he is failing to make payments, and it is affecting her credit. VICTIM 2 wanted to report the 2016 MERCEDES-BENZ as stolen but was scared of COULANGES and chose not to do so, because COULANGES knew where VICTIM 2 and her family resided.

## VI.   IDENTITY THEFT OF VICTIM 3

48.    During the search of the 2016 MERCEDES-BENZ fraudulently obtained by VICTIM 2, investigators recovered several suspected fraudulently obtained documents that were associated with an individual who will be referred to as VICTIM 3. The documents included information for Brookline Bank, Citizens Bank and East Cambridge Savings Bank, and consisted of checks, account letters, and other documentation suggesting VICTIM 3 had accounts with those banks. All of the documentation listed VICTIM 3 as the account holder and several listed VICTIM 3's address as 14 Cary Avenue, Revere, MA.

49.    On March 31, 2023, investigators conducted an interview with VICTIM 3 via telephone and he provided the following information:

a. VICTIM 3 became aware of fraudulent bank/credit accounts that had been opened using his identity in December of 2022.

b. VICTIM 3 received numerous alerts from his credit monitoring service indicating that potential fraudulent activity had been detected.

c. VICTIM 3 learned that multiple bank accounts had been fraudulently obtained using his personal information and estimated that the total amount of fraud utilizing VICTIM 3's information exceeded $40,000.

d. VICTIM 3 also discovered that at least one cellular telephone account with T-Mobile had been fraudulently obtained by using his personal information. According to VICTIM 3, he was successful in getting all of the fraudulent accounts he learned about closed.

e. VICTIM 3 described spending substantial funds to repair his credit which has been negatively impacted by these numerous fraudulent accounts.

f. VICTIM 3 was unaware that an East Cambridge Savings Bank checking account, Brookline Bank account, and a Citizens Bank checking account had been opened in his name. VICTIM 3 told investigators that he has never lived at 14 Cary Ave., Revere, MA.

50.     On April 3, 2023, unopened mail in the name of VICTIM 3 was recovered from 14 Cary Avenue, Revere, MA.   One piece of mail addressed to VICTIM 3 listed the sender as US Bank and a second piece of mail listed the sender as Blackhawk Network.  During a telephonic interview on the same date, VICTIM 3 confirmed that the mail was sent in his name by fraud, and consent was granted to open it. VICTIM 3 confirmed that 14 Cary Avenue, Revere, MA is not his residential or mailing address and that he did not authorize for mail to be sent there on his behalf.

a. Mail item number one was opened and was found to contain a credit card application denial letter from US Bank which was addressed to VICTIM 3.

b. Mail item two was opened and was found to contain a Visa gift card of undetermined value in the name of VICTIM 3.

51.     During a follow up phone interview, VICTIM 3 confirmed that he did not apply for a US Bank credit card, and that he did not order a Visa gift card from Blackhawk Network.

52.     Records were obtained from East Cambridge Savings Bank (ESCB) for account information (account # ending in 7126) related to the fraudulently obtained checking account in the name of VICTIM 3.  This account was opened utilizing VICTIM 3's true date of birth and social security number ending in 9783.  The signature card for the account listed the 9691 PHONE NUMBER and the jimmyjones20221@icloud.com email address.   The signature card was purportedly signed by VICTIM 3. ECSB provided copies of supporting documentation used by the person who had initially opened the account. One of the documents submitted to open the account was a copy an Ohio driver's license in the name of VICTIM 3, which depicted a photograph of Derick COULANGES.



53.     A query of the Ohio driver's license number listed on the license revealed that it was fraudulent. Although much of the associated information related to VICTIM 3 was accurate, the photograph, height and eye color differed from the actual license of VICTIM 3.  A copy of the fraudulent license was sent, via email, to VICTIM 3 and he confirmed that the depicted photograph was not of VICTIM 3, the signature had been forged and both the height and weight were inaccurate.   Investigators know that the photograph on the fraudulent license in the name of VICTIM 3 in fact depicts COULANGES.

54.     In   the   aforementioned   January   20,   2023,   recording   between   CW-27   and

COULANGES described above, COULANGES stated he used the name "Jordan Cooper".  After

interviewing VICTIM 3, investigators learned that his last name is phonetically pronounced like

"Cooper".   Therefore, investigators believe that the fraudulent identification COULANGES

discusses is the same fraudulent identification he used to open the account in the name of VICTIM

3.

| | |
|---|---|
| **COULANGES:** | I know how to make them IDs too.  I put my face on there "Jordan Cooper", "Eric Brown". |
| **CW-27:** | Nigga got three IDs yo. |
| **COULANGES:** | Mhm yea there like- [OV] |
| **CW-27:** | All different names? |
| **COULANGES:** | Nah same person.  He just gave it to me like that no what I'm sayin'?  Social... as you can see, I can open up bank accounts for homies. |
| **CW-27:** | Damn yo. |
| **COULANGES:** | You know what I'm sayin'?  Open up all these bank accounts all in his name.  You know what I'm sayin'?  All in his name "Jordan Cooper." Ya dig?  Fucked it up a little bit because you know I scam, you know I don't, it's not my profession for real but you know we always got [OV] nah mean? |

55.     ECSB also provided an image from a bank surveillance video from the Malden,

Massachusetts ECSB branch which contains a date and time stamp from January 18, 2023, at 4:08

PM. This image is associated with a transaction for ECSB account #200797126. The image

captures COULANGES during an in-person bank transaction as he purports to be VICTIM 3.



56. Investigators obtained the records from Brookline Bank for any accounts associated with VICTIM 3's identifiers. Those records revealed that a savings and checking account were opened in the name of VICTIM 3 on or about February 2, 2023. The signature cards list the 9691 PHONE NUMBER, the 14 Cary Avenue, Revere, MA address, the true date of birth for VICTIM 3, and VICTIM 3's true social security number. Additionally, the jimmyjones20221@icloud.com account was listed for the owner information. The same driver's license number listed above was listed in the signature card as well. Based on this, investigators believe that COULANGES presented the forged driver's license for VICTIM 3 when opening the accounts at Brookline Bank.

## VII.   IDENTITY THEFT OF VICTIM 4

57. During the search of the 2016 MERCEDES-BENZ, several suspected fraudulently obtained documents and a Connecticut driver's license were recovered bearing the name of an individual who will be referred to as VICTIM 4. The Connecticut driver's license bore the name of VICTIM 4 but contained a photograph of COULANGES. These documents included

information for an Eastern Bank checking account (ending in 7298) and debit card, a National Grid

utility bill, a Connecticut driver's license and a social security card. A photograph of the recovered

Connecticut driver's license follows:



58.     A query of the Connecticut driver's license number listed on the license revealed

that it was fraudulent. Although much of the associated information was accurate, the eye color

differed from the true license, and the fraudulent license did not include a suffix of III.

59.     A copy of the electric bill in the name of VICTIM 4 was emailed to National Grid

to determine its authenticity. Upon examination of the document, National Grid, the purported

issuer of the bill, deemed it to be fraudulent. The account number (ending in 60845) listed on the

bill did not coincide with the actual account number for the service address of 14 Cary Avenue,

Revere, MA. Furthermore, the name and address contained within the bill appears to have been

digitally altered.

60.     Records were obtained from Eastern Bank for the account opened in the name of

VICTIM 4 ending in 7298. The signature card indicated that account was opened on March 27,

2023, in the name of VICTIM 4. The signature listed a social security number ending in 8394 and listed the 9691 PHONE NUMBER and the jimmyjones20221@icloud.com email account as contact information.  The records revealed that a social security card and Connecticut driver's license were used as identification to open the account.  Additionally, records from Eastern Bank showed that a $25,000 personal loan was applied for in the name of VICTIM 4 online. The loan applicated was in the name of VICTIM 4, with the social security number ending in 8394. The primary phone listed for VICTIM 4 was the 9691 PHONE NUMBER known to be used by COULANGES.  The loan application stated that VICTIM 4 was employed at "bps" as a "road manager" for four years and was earning $21,666 per month.

61.    Investigators obtained surveillance depicting COULANGES entering the Eastern Bank on March 27, 2023, and opening the account ending in 7298 in the name of VICTIM 4.  That surveillance video revealed that COULANGES arrived at the branch in the 2016 MERCEDES-BENZ to open the account.  A photograph of COULANGES entering the Eastern Bank branch to open the account follows, along with the 2016 MERCEDES-BENZ in the background.



62.     On April 3, 2023, VICTIM 4 was interviewed via telephone and provided the following information:

a.   VICTIM 4 learned through an examination of his own credit report that several recent, unauthorized inquires had been made. VICTIM 4 also did not order a replacement social security card, nor did he have it mailed to his home address in Connecticut. VICTIM 4 verified that his middle name is not "Edward" and confirmed that his social security number ended in 8394.

b.   VICTIM 4 was emailed a copy of the suspected fraudulent social security card located in the 2016 MERCEDES-BENZ.  VICTIM 4 confirmed that much of the information on the card was correct and affirmed that his middle name is not Edward and that he was unaware of a card being issued to him on or around February 26, 2023.

c.   VICTIM 4 was unaware that an Eastern Bank checking account (ending 7298) or associated debit card had been opened in his name at a branch in Malden, MA.

d.   VICTIM 4 was unaware that a National Grid electric account had been opened in his name with the service address of 14 Cary Ave., Revere MA. VICTIM 4 had never lived in Revere and did not authorize anyone to open an account in his name.

e.   VICTIM 4 confirmed that he was in physical possession of his Connecticut driver's license and affirmed that his driver's license number ended in 8398.

f.   Investigators sent VICTIM 4 a copy of the driver's license located in the 2016 MERCEDES-BENZ. Upon receipt of the email, VICTIM 4 confirmed that the person depicted upon the face of the license was not him and pointed out that his last name was spelled incorrectly in the signature box and that his signature had been forged.

## VIII.   OTHER STOLEN IDENTITIES

63.     In addition to the stolen identities of VICTIM 1, VICTIM 3, and VICTIM 4, during the search of Apartment 131 and 2016 MERCEDES-BENZ, investigators found personal documents, including U.S. Passport Cards, credit cards, COVID-19 Vaccination Record Cards, utility bills, Social Security Cards, and driver's licenses in the names of eight other people, who were not present at and did not live at the apartment.  Investigators believe that these are all additional identify theft victims.

## IX.    INTERVIEW OF 14 CARY AVENUE, REVERE, MA OCCUPANTS

64.    On April 3, 2023, investigators interviewed two individuals who will be referred to as VICTIM 5 and VICTIM 6 at their residence in Revere.  VICTIM 5 and VICTIM 6 knew a drug dealer by the name DERICK Last Name Unknown a/k/a "Jonesy".  Both interviewees were shown a photo of COULANGES and they identified that picture as "DERICK".

65.    VICTIM 6 had previously met with investigators briefly on the afternoon of March 30, 2023.  Investigators made a check of the residence following the search at RE150 to follow up on suspected fraudulent documents that listed the address.  VICTIM 6 told investigators that approximately 30 minutes after investigators had left on March 30, 2023, COULANGES arrived.  COULANGES told VICTIM 6 that he had been "raided".  COULANGES also told VICTIM 6 that investigators had found a little bit of "crystal" in his apartment.  VICTIM 6 told COULANGES that the FBI had just visited to which he replied: "oh shit".  COULANGES proceeded to "look around" and checked the mailbox.  COULANGES took some of the mail which VICTIM 6 confronted him about.  COULANGES took the mail anyway.

66.    Neither VICTIM 5 or VICTIM 6 gave COULANGES permission to send mail to their address.  However, VICTIM 6 recalled a time when COULANGES asked if he could send a pair of "sneakers" to the address.  In exchange, COULANGES promised to provide VICTIM 6 with "dope".  VICTIM 6 stated that COULANGES never followed up on the deal.

67.    VICTIM 6 has known COULANGES for approximately 10 years. VICTIM 6 estimated that VICTIM 6 had purchased 1-2 grams of fentanyl from COULANGES every day, on and off, for the 10 years she knew him.  VICTIM 6 often shared the drugs she purchased with VICTIM 5

68.     A couple months before being interviewed, VICTIM 5 and VICTIM 6 saw COULANGES in the parking lot of the Chelsea Methadone Clinic.  VICTIM 6 believed that COULANGES was there picking up or dropping off another individual suffering from substance abuse disorder they knew from Revere.  Both VICTIM 5 and VICTIM 6 were appalled that COULANGES was trafficking drugs at a treatment center for those suffering from suffering from substance abuse disorder.  COULANGES had also sold drugs to VICTIM 6 while COULANGES' toddler sat in COULANGES' vehicle.

## X.     SEARCH OF ICLOUD: JIMMYJONES20221@ICLOUD.COM

69.     Investigators reviewed information related to an iCloud account used by COULANGES.  Review of COULANGES' messages in the iCloud account provided evidence that COULANGES exchanged drugs for fraudulent documents, provided instructions to others to carry out fraud on his behalf, and coordinated other drug transactions with a supplier and customers.

70.     During March 2023, COULANGES exchanged texts with a phone number ending in 1327 utilized by an individual who will be referred to as SUBJECT 1.  In this conversation, COULANGES and SUBJECT 1 discuss making forgeries for COULANGES.  Additionally, they exchange photos of forged the National Grid utility bills that were recovered during the search of the 2016 MERCEDES-BENZ.  These bills were in the names of VICTIM 4 and VICTIM 7.



**Derick Coulanges**                              ⋮        3/01/2023

Will that be done today

                                    10:58 AM UTC (-5)

💬  iMessage

███████1327                                        ⋮

Yes I will have one done today but I have I do Illinois like Chicago cuz I'm waiting on uv ink for my printer and ribbon for the card printer leaving me with either Illinois or Maine or Ohio because those states I have uv already printed for, it's too bad I wanted to do the new Delaware or new philli they have custom holos of the persons face that I can't wait to tackle plus I had good profiles already for those states but will have to wait until other stuff comes I'll have yours done in 3.5 hours                              3/03/2023

**Evidence**                        11:27 AM UTC (-5)



                    03/25/2023                    3/01/2023

**Derick Coulanges**                              ⋮

**Evidence**                        8:32 PM UTC (-4)

💬  iMessage



71.    Also in March 2023, COULANGES exchanged messages with a number ending in 2603 which is saved as a contact named "Ryan Dude" (RD).  In these messages, COULANGES sends a photo of a National Grid utility bill, asks for a utility bill and tells RD he will pay in "Tina". In my training and experience, I know "Tina" to be a slang term frequently used for crystal methamphetamine.  Also, specific to this investigation, I know that crystal methamphetamine was seized during the search of COULANGES residence and that COULANGES asked CW-27, "You know anybody that fuck with that Tina?" in the context of a drug transaction.  COULANGES also asked for one of the documents to be in the name of VICTIM 4 which RD returns in an Adobe Acrobat file.





72.     RD sent COULANGES a series of texts on March 2, 2023, requesting COULANGES meet RD for a presumed drug transaction.   RD appeared to have paid COULANGES $350 for drugs which COULANGES never delivered and did not reply to messages requesting the return of funds.  Later in the conversation RD admitted to helping COULANGES with "documents".

| From: | To: | Body: |
|---|---|---|
| 2603 (RD) | 9691 (COULANGES) | Yo what's the word?  I'll come to you wherever you are. Even Rhode Island. |
| 2603 (RD) | 9691 (COULANGES) | The problem I have is that was all my money.  And my only way to make money. |
| 2603 (RD) | 9691 (COULANGES) | If I don't hear back soon I'll just assume it's all games & bullshit |
| 2603 (RD) | 9691 (COULANGES) | Just send me my money.  I can find it somewhere else |
| 2603 (RD) | 9691 (COULANGES) | Can u just send me $350 right now?  I can't wait any longer |
| 2603 (RD) | 9691 (COULANGES) | This is bullshit.  And I helped you with those documents. Send me the $350 tonight please. |

73.     In February 2023 COULANGES received several messages from an unknown individual using telephone number ending in 9119 requesting to pay COULANGES $400 per ounce of "Tina", which investigators believe to be an ounce of methamphetamine.  This user of the 9119 phone number also asks about obtaining an identification card from COULANGES.



74.     In March 2023, COULANGES and the user of a telephone number ending in 3355 discuss buying and selling "Tina".  The user of the 3355 phone tells COULANGES that they will obtain the "Tina" for COULANGES.  COULANGES replied by saying "Ok same move for 2". From my training and experience I believe that COULANGES is asking for two ounces of methamphetamine for a previously agreed upon price.



75.     In March 2023, COULANGES offers free "Tina" to the user of telephone number ending in 5405.  COULANGES has this telephone number saved as a specific name, but I will refer to this contact as SUBJECT 2.



76.    On August 29, 2022, COULANGES sent three messages using the application

known as TextNow. TextNow is a Voice over Internet Protocol (VoIP) application that allows the

user to send text messages from numbers other than the users phone number associated with the

cellular phone. In the TextNow messages COULANGES ridicules an individual I will refer to as

SUBJECT 3 about SUBJECT 3's his inability to properly process cocaine into cocaine base.

| From: | To: | Body: |
|-------|-----|-------|
| jimmyjones20221, TextNow (COULANGES) | SUBJECT 3 | U don't know how to cook coke u a fuckin joke |
| jimmyjones20221, TextNow (COULANGES) | SUBJECT 3 | Ogs back then would rather the coke cause these youngsters put to much baking soda but these suburban fiends have no patience |
| jimmyjones20221, TextNow (COULANGES) | SUBJECT 3 | Dummy it was pure coke the same coke I cook to make it hard dummy |

77.     In March 2023, COULANGES received a message from a user he has saved as "Mills St" using a telephone number ending in 9237.  The user of the 9237 phone number complains to COULANGES that the "Fetty" they bought was fake and mixed with "Tina".  In my training and experience I know "Fetty" to be a commonly used slang word for fentanyl.



**CONCLUSION**

78.     Therefore, based on the foregoing, there is probable cause to believe that DERICK

COULANGES has violated 21 U.S.C. § 841(a)(1) (distribution of a controlled substance and

possession of a controlled substance with intent to distribute) and 18 U.S.C. § 1029(a)(2) (use of

and trafficking in an unauthorized access device with intent to defraud to obtain property valued

over $1,000).

Sworn to telephonically in accordance with Federal Rule of Criminal Procedure 4.1 on July

_____13_____, 2023.

Eric Poalino

Eric D. Poalino
Special Agent, Federal Bureau of Investigation

Electronically sworn to and subscribed telephonically in accordance with Federal Rule of

Criminal Procedure 4.1 on July ___13___, 2023.

Hon. Donald L. Cabell
United States Magistrate Judge